1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  cm@SoCalEAG.com

6  Attorneys for Plaintiff,
   MIRIAM MALDONADO
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MIRIAM MALDONADO,
                                        **Case No.: 2:24-cv-02689 SB (SSCx)**
12         Plaintiff,

13     vs.
                                        **JOINT STIPULATION FOR**
14                                      **DISMISSAL PURSUANT TO**
                                        **FEDERAL RULE OF CIVIL**
15 ARTE JIMENEZ STUDIO; JORGE O.        **PROCEDURE 41(a)(1)(A)(ii)**
   JIMENEZ; and DOES 1 to 10,
16
17         Defendants.
18
19
20
21
22
23
24
25
26
27
28

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys
2  for Plaintiff MIRIAM MALDONADO ("Plaintiff") and Defendants ARTE
3  JIMENEZ STUDIO and JORGE O. JIMENEZ stipulate and jointly request that this
4  Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party
5  shall bear their own costs and attorneys' fees.

Respectfully submitted,

DATED: June 28, 2024        SO. CAL. EQUAL ACCESS GROUP

By:  /s/  Jason J. Kim
     Jason J. Kim
     Attorneys for Plaintiff

DATED: June 28, 2024        ARTE JIMENEZ STUDIO

By:  /s/ Bertha A. Jimenez
     Bertha A. Jimenez
     Defendant

DATED: June 28, 2024        JORGE O. JIMENEZ

By:  /s/ Jorge O. Jimenez
     Jorge O. Jimenez
     Defendant

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

//

1
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

1 | Dated: June 28, 2024 | By: */s/ Jason J. Kim*
2 | | Jason J. Kim

PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On June 28, 2024, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

ARTE JIMENEZ STUDIO                                     JORGE O. JIMENEZ
c/o Bertha A. Jimenez, As Agent for Service of Process   7127 Treves Dr.
7127 Treves Dr.                                          Paramount, CA 90723
Paramount, CA 90723

DOCUMENT(S): **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) (as to Defendants ARTE JIMENEZ STUDIO; JORGE O. JIMENEZ)**

(X)     BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )     BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )     BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )     BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )     ONLY BY ELECTRONIC TRANSMISSION: Only by e-mailing the document(s) to the persons at the e-mail address(es) listed. This is necessitated during the Coronavirus (Covid-19) pandemic because this office may be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on June 28, 2024, at Los Angeles, California.